DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**G & G 1016 LLC,**
Appellant,

v.

**HERON BAY COMMUNITY ASSOCIATION, INC.** and **1722 INVESTMENT INC.,**
Appellees.

No. 4D22-36

[January 26, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE18010490.

Jason Bravo of The Bravo Law Firm, PLLC, Coral Gables, for appellant.

No brief filed for appellee Heron Bay Community Association, Inc.

Yamila Lorenzo and Ryan M. Clancy of Ainsworth + Clancy, PLLC, Miami, for appellee 1722 Investment Inc.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***